RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
richardmacbridelaw@gmail.com
Attorney for Plaintiff Oscar Ramos

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Ramos, | Case Number 2:25-cv-1282 TLN-SCR |
| Plaintiff, | |
| Vs. | STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |
| Dollar Plus & Party Supplies, et al., | |
| Defendants. | |

Plaintiff Oscar Ramos, and defendants Dollar Plus & Party Supplies, and LFPL, LLC (together, "Defendants") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendant Dollar Plus & Party Supplies is Catherine M. Corfee; attorney for defendant LFPL, LLC is Cris C. Vaughan), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants named in the complaint, all parties to bear their own respective attorney fees and costs. This agreement was entered into with defendant Dollar Plus & Parties Supplies.

2. This written settlement contemplates dismissal of this action as against all defendants.

3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all defendants.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride
Attorney for Plaintiff Oscar Ramos                                    3/27/26

1

Corfee Stone Law Corporation – By: Catherine M. Corfee /s/ Catherine M. Corfee

Attorney for defendant Dollar Plus & Party Supplies                                          3/27/26

Vaughan & Associates Law Office, APC  – By: Cris C. Vaughan /s/ Cris C. Vaughan

Attorney for defendant LFPL, LLC                                                             3/27/26

FILER'S ATTESTATION

I hereby attest that on March 26, 2026, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorneys Catherine M. Corfee and Cris C. Vaughan, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

2

ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Ramos v. Dollar Plus & Party Supplies, et al., Case No. 2:25-cv-1282 TLN-SCR, in the Eastern District of California, is dismissed with prejudice with respect to all defendants and all causes of action, with each party to bear his/her/its own attorney's fees and costs.

Date: March 30, 2026

_____

Troy L. Nunley
Chief United States District Judge